STATE of Maine

v.

**Glenn L. JACKSON.**

Supreme Judicial Court of Maine.

Argued June 2, 1986.

Decided June 12, 1986.

John R. Atwood, Dist. Atty., William R. Anderson (orally), Asst. Dist. Atty., Belfast, for plaintiff.

Glenn L. Jackson, pro se (orally).

Before McKUSICK, C.J., NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN, and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Glenn L. Jackson appeals from his conviction in Superior Court, Waldo County, of operating under the influence, 29 M.R.S.A. § 1312(B) (Supp.1985). The only issue preserved at trial is Jackson's contention that the sentence imposed is excessive. Because the sentence is well within the maximum authorized by the statute and there is no error apparent on the record, we affirm. *State v. Mudie,* 508 A.2d 119 (Me.1986).

The entry is:

Judgment affirmed.

All concurring.